Rosalind W. SUTCH, as Executrix of the Estate of Rosalind Wilson, Deceased

v.

ROXBOROUGH MEMORIAL HOSPITAL, Solis Healthcare, LP, Andorra Radiology Assoc., Tenet HealthSystem Roxborough, LLC, Tenet, Inc., Tenet Group, LLC, Roxborough Emergency Physician Associates, LLC, Barbara Robins, M.D., Jeffrey Geller, M.D., and Melanio D. Aguirre

Petition of: Nancy K. Raynor, Raynor & Associates, P.C., Jeffrey Geller, M.D., and Roxborough Emergency Physician Associates, LLC

Rosalind W. Sutch, as Executrix of the Estate of Rosalind Wilson, Deceased

v.

Roxborough Memorial Hospital, Solis Healthcare, LP, Andorra Radiology Assoc., Tenet HealthSystem Roxborough, LLC, Tenet, Inc., Tenet Group, LLC, Roxborough Emergency Physician Associates, LLC, Barbara Robins, M.D., Jeffrey Geller, M.D., and Melanio D. Aguirre, M.D.

Petition of: Jeffrey Geller, M.D. and Roxborough Emergency Physician Associates

No. 63 EAL 2017
No. 64 EAL 2017

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

**AND NOW,** this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

The Petitioners' application for leave to file a reply in support of the Petitioner for Allowance of Appeal and Respondent's application for leave to file a response to Petitioners' request for leave to file a reply brief are hereby **DENIED.**

Justice Todd did not participate in the consideration or decision of this matter.